AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:21-mj-00187-ZMF-1 |
| BRUNO JOSEPH CUA | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

BRUNO JOSEPH CUA                                                                                      .

Date:    02/10/2021

*Attorney's signature*

William Zapf, Bar No. 987213
*Printed name and bar number*

KaiserDillon PLLC
1099 14th Street NW, 8th Floor West
Washington, D.C. 20005
*Address*

wzapf@kaiserdillon.com
*E-mail address*

(202) 869-1300
*Telephone number*

(202) 280-1034
*FAX number*